IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LONNIE ADRIAN WEST, | ) | |
| Plaintiff, | ) ) ) | No. 3:14-cv-00891 |
| v. | ) ) | Judge Nixon |
| U.S.F. HOLLAND, INC., | ) ) | Magistrate Judge Bryant JURY DEMAND |
| Defendant. | ) ) | |

## ORDER

The parties to this action have filed a Stipulation of Dismissal, stipulating to the dismissal without prejudice of the action with each party to bear their own costs and attorney's fees. (Doc. No. 8.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED without prejudice**. The Court **DIRECTS** the Clerk of the Court to close this case.

It is so ORDERED.

Entered this the 31st day of July, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT